UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATCHAFALAYA BASINKEEPER, INC. | CIVIL ACTION |
| VERSUS | NO: 21-317 |
| U. S. ARMY CORPS OF ENGINEERS | SECTION: "A" |

## NOTICE REGARDING ORAL ARGUMENT REQUEST

A request for oral argument has been filed in conjunction with a **Motion to Defer or Deny Defendant's Motion for Summary Judgment (Rec. Doc. #28)**, scheduled for submission before the district judge in this matter. <u>Notwithstanding Local Rule 78.1</u>, this Court will issue an order setting oral argument for a specific date and time <u>**if**</u> the Court grants the request. Counsel should <u>not</u> appear for oral argument until ordered to do so. Deadlines for response memoranda are not extended--those deadlines are based on the <u>noticed</u> submission date and are governed by the Local Rules.

THIS NOTICE DOES <u>NOT</u> APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

7/21/2021

JAMES CRULL, FOR THE COURT
CASE MANAGER SECTION A
james_crull@laed.uscourts.gov