UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATCHAFALAYA BASINKEEPER, INC., ET AL. | CIVIL ACTION |
| VERSUS | NO: 21-317 |
| UNITED STATES ARMY CORPS OF ENGINEERS | SECTION: "A" (5) |

### ORDER

The following motion, filed by Plaintiffs Atchafalaya Basinkeeper, Inc., Louisiana Crawfish Producers Association-West, and Healthy Gulf, is before the Court: **Motion for Appeal/Review of Magistrate Judge Decision to District Court (Rec. Doc. 36)**. Defendant United States Army Corps of Engineers (hereinafter "USACE") opposes the motion (Rec. Doc. 45). The motion, submitted for consideration on October 27, 2021, is before the Court on the briefs without oral argument.[1]

Plaintiffs challenge Magistrate Judge North's August 3, 2021 Order (Rec. Doc. 35) granting Defendant's Motion for Protective Order Precluding Discovery (Rec. Doc. 20). Defendant USACE filed the motion for protective order to preclude Plaintiffs from conducting, and to except USACE from participating in, discovery until the Court rules on USACE's motion for summary judgment. (Rec. Doc. 20-1). USACE argued that the motion should be granted because Plaintiffs' discovery is premature and outside of the limited scope appropriate in Freedom of Information Act cases, especially at this stage

---

[1] Oral argument has been requested but the Court is not persuaded that oral argument would be helpful.

where USACE has a pending motion for summary judgment with a search declaration. (*Id.*). Magistrate Judge North granted the motion, concluding that "[t]he overwhelming weight of authority supports limiting discovery until the pending motion for summary judgment and the sufficiency of the accompanying declaration are decided." (Rec. Doc. 35).

According to Plaintiffs, the overwhelming authority does not support postponing discovery until after the motion for summary judgment is decided and, further, reversing Judge North's Order would serve judicial efficiency. (Rec. Doc. 36-1).

The Court considers Plaintiffs' challenge to the ruling in the context of Rule 72, which requires the Court to modify or set aside any part of an order that is clearly erroneous or contrary to law. Fed. R. Civ. Pro. 72(a); 28 U.S.C. § 636(b)(1)(A). Plaintiffs have not demonstrated that Magistrate Judge North's ruling was clearly erroneous or contrary to law.

Accordingly;

**IT IS ORDERED** that the **Motion for Appeal/Review of Magistrate Judge Decision to District Court (Rec. Doc. 36)** filed by Plaintiffs Atchafalaya Basinkeeper, Inc., Louisiana Crawfish Producers Association-West, and Healthy Gulf is **DENIED**.

December 9, 2021

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE